```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION
```

TAMMY K. COOPER,                  §
                                  §
    Plaintiff,                    §
                                  §
v.                                §   CIVIL ACTION NO. H-12-2651
                                  §
CITY OF LA PORTE POLICE           §
DEPARTMENT, ONE UNKNOWN           §
OFFICER OF CITY OF LA PORTE       §
POLICE DEPARTMENT, and            §
SHELLEY FULLER                    §
                                  §
    Defendants.                   §

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 2, 2014, and the objections filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 20th day of June, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE